# NO. 12-20-00170-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JANIS CRIST,* *APPELLANT* | § | *APPEAL FROM THE 190TH* |
| *V.* | | |
| *ANEITA J. WEAVER, JDH* *ASSOCIATION MANAGEMENT CO,* *LEVOISINAGE HOMEOWNERS* *ASSN. INC AND JOHN H. HUGHES,* *INDIVIDUALLY,* | § | *JUDICIAL DISTRICT COURT* |
| *APPELLEES* | § | *HARRIS COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellant, Janis Crist, filed a motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered October 14, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 14, 2020**

**NO. 12-20-00170-CV**

**JANIS CRIST,**
Appellant
V.
**ANEITA J. WEAVER, JDH ASSOCIATION MANAGEMENT CO, LEVOISINAGE HOMEOWNERS ASSN. INC AND JOHN H. HUGHES, INDIVIDUALLY,**
Appellees

Appeal from the 190th District Court
of Harris County, Texas (Tr.Ct.No. 2019-13097A)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*